UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCO GUZMAN-CASTILLO,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA; TODD BLANCHE, United States Attorney General; MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security; and BRUCE SCOTT, Warden,<br>Respondents, | No. 2:26-CV-03248-SAB<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

Before the Court is Petitioner's Motion for Appointment of Pro Bono Counsel, ECF No. 10. Petitioner is representing himself in the matter. Respondents are represented by Jennifer Wong.

Petitioner requests the Court appoint Pro Bono counsel to represent him in the above-captioned matter, indicating he requires representation to fully present the issues in his Petition. The Court does not have the resources to appoint pro Bono counsel for civil cases. Accordingly, Petitioner's Motion is denied.

//

//

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner's Motion for Appointment of Counsel, ECF No. 10, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel and pro se Petitioner.

**DATED** this 16th day of October 2026.

Stanley A. Bastian
United States District Judge